BANK OF MANHATTAN TRUST COMPANY, as Successor Trustee by Merger to AMERICAN TRUST COMPANY, etc., Respondent, v. TWENTY-ONE SIXTY-SIX BROAD-

*Appeal dismissed, 264 N. Y. 401.

Way Corporation and Others, Defendants. Bondholders Protective Committee and Independent Bondholders Committee, Appellants; Commonwealth Bond Corporation, as Committee, Respondent.— Orders so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.